# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Charles M. Everett client
Chestnut/med-plus + Collinsville
Housing Case Management

*Plaintiff*

v.

Vo Powers, psychiatrist/
Chestnut, Imani Brown, Collinsville
Housing case manager, Jean Straza
psychiatrist/med-plus

*Defendant(s)*

Case Number: 16-cv-506-DRH-SCW
(Clerk's Office will provide)

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

**I. JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here: 42 U.S.C Chapt 21 A Privacy Protection 42 U.S Code Chapter 7, and/or Privacy protection Act of 1980. Title I First Amendment Privacy Protection (1)(2)(3)(4), and Title II Attorney General Guidelines (1)(2)(3)(4)

**II. PARTIES** Vo Powers, and Jean Straza; psychiatrist-med-plus Imani Brown, Collinsville Housing

Plaintiff: Charles M. Everett Case Manager

A. Plaintiff, a citizen of Illinois (state), who resides at 104 High St Apt #205, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant Vo Powers is employed as
   (a) (Name of First Defendant)
   Chestnut psychiatrist/med-plus
   (b) (Position/Title)

(10/2010)

with **Chestnut Health Systems 12 N 64 Street Suite 5**
    (c)    (Employer's Name and Address)

**Belleville Il 62223**

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☑ Yes ☐ No

If your answer is YES, briefly explain: **V. Powers, psychiatrist whereas misdiagnoses by knowledge as a psychiatrist obtained whereas electronically or paper stored - protected**

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C.   Defendant **Imani Brown** is employed as
    (Name of Second Defendant)

**Collinsville Housing Case Management / case manager**
(Position/Title)

with **Collinsville Housing Case Management / at**
(Employer's Name and Address)
**Chestnut Health Systems 12 N 64 Street Suite 5 Belleville Il 62223**

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☑ Yes ☐ No

If you answer is YES, briefly explain:

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D.  Defendant __Jean Straza__ is employed as
    (Name of Third Defendant)

__Chestnut / psychiatrist - med plus__
    (Position/Title)

with __Chestnut Health Systems 12 N 64 Street Suite 5__
    (Employer's Name and Address)
__Belleville Il 62223__

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government?  [✓] Yes  [ ] No

If you answer is YES, briefly explain:

Check one of the following:

[ ]   This defendant **personally participated** in causing my injury, and I want **money damages**.

[✓]   The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

III. **PREVIOUS LAWSUITS**

    A.    Have you begun any other lawsuits in this federal court?
        ☐ Yes ☑ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

        1.    Parties to previous lawsuits:

            Plaintiff(s):

            Defendant(s):

        2.    Case number:

        3.    Name of Judge to whom case was assigned:

        4.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

4/6/2016, at Chestnut (med plus) by use of obtained by electronically stored or and paper- protected health information- of a Gilbert B. Croom (adopted uncle) and whereas by a deficiency in vitamin-C causing SCURVY in Gilbert B. Croom also obtained by electronically and or paper stored- protected health information of Complaintant accidently stepping on a bottle stuck in a trench with no socks and houseshoes in 1983, and a broken ankle in 1978, whereas Lillie M. Everett (Croom) pre-preparing the E.R. procedure at St. Mary's Hospital whereas by electronically and or paper stored, to the knowledge of Dr. Sumer, Dr. Dennis, (police) C. Childress, and PHD Bernice L. Collins whereas by creating a misdiagnosis, and treatment of Complaintant whereas by a re-evaluation of Complaintant by a Dr. Sumer whereas by Dr. Sumer intentionally in the re-evaluation not using diagnosis and treatment by Complaintants psychiatrist Dr. Chiganta of Southpointe Hospital, but Dr. Sumer telephoning Dr. Dennis at St. Mary's whereas by Dr. Sumers use of initial hospitalization in 1987 retiring whereas by obtaining electronically or paper stored- protected health information- of Gilbert B. Croom's disease SCURVY caused by a deficiency in Vitamin-C also obtained electronically or paper stored- protected health information- of Complaintants whereas a Anxiety- Anxiety/Depression leading to Scitzophenia, whereas in 1983 Complaintant had stepped on a broken bottle setting up in a trench, with no socks on, and houseshoes, whereas RN (grandmother of Complaintant) did the E.R. at St. Mary's Hospital preperation of electronically or paper storing of- protected health information- in pre-planned obtaining for use of misdiagnosis by Dr. Sumer, Dr. Dennis, and Bernice L. Collins PHD, whereas by a Complaint by Complaintant filed with the S.d.f.p.r. twice whereas by 1st time Michael Johnson and K. Schrock investigator 2nd time Jessica Pantoia and Junelle Kirby-McPheron ref case # 2009-02497 Kenneth A Hallet Jr whereas by on July 10, 2009, a. Hubbard allowed by McPheron use of Complaintants

(10/2010)

IV. Statement of Claim

— protected health information — obtained by electronically stored data in A. Hubbard filing a medical complaint A. Hubbard v Kenneth A. Haller on July 10, 2009, after A. Hubbard and McPheron, and Schuch on July 06, 2009 docket case #2009mh00 489, had falsely claimed the Complaintants medical complaint filed Complaintant v Kenneth Hall Regional Hospital Dr. Dennis had been investigated and Completed, and again in police reports filed by dof A. Hubbard S09-65044, and police report S09-65161 which both reports falsely claim the medical complaint filed Complaintant v Dr. Dennis of Kenneth Hall Regional Hospital, whereas by Complainted 6th Amendmendment, and 14th Amendment due process clause violated whereas 3 days and 49 days I.d.f.p.r. employees intentionally seperate in investigation date with complaintant, whereas by 3 days and 49 days Sangamon County intentionally seperate incarcerations in Sangamon County jail misusing deliberatly a legal and or Civil court procedure for the unlawful purpose of violations Under the Privacy Rule, whereas by I.D.7.P.R. intentionally not applying to the federal law PHI which requirements require the protection and confidentiality handling of PHI, Whereas not applying to HIPAA providers whom breached Complaintants confidentiality failing to notify or attempt to notify Complaintant of the breach, whereas by I.d.f.p.r making no effort to Mitigate the breach. Collensville housing Casemanagement Chestnut Case manager Imani Brown Transporting of complaintants

## IV. Statement of Claim

—protected health information— whereas by having knowledge of Complaintants legal and or civil procedure complaints filed Complaintant v I.d.f.p.r., whereas by Imani Brown's knowledge of the I.d.f.p.r. intentionally failing to notify complaintant of the breach, whereas Imani Brown, case manager, transporting Complaintant to a car dealer intentionally contacts her sons father (Justin) at a (State Farm Insurance) intentionally forming of an alliby of complaint v Imani Browns Innappropreate Behavior of PHI, and HIPAA federal law she forms a alliby as the Complaint being Innappropreate behavior of Imani Brown, on Tuesdays being with Imani Browns son, and sons father Justin. Whereas by use of Commplaints medicare claim #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CI, Imani Brown per dollar, per hr, dollars per hr, hrs per week, yearly income tax return, health care insurance, and retirement benefits, in whereas Imani Brown, working the V. Powers, psychiatrist; whereas by the use of a happy light/seasonal change billed whereas by Veronica Powers disease (MVP); also Chestnut's Opportunities.

V.  **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 100,000 per Violation.

Punitive damages in the amount of $ 100,000 per Violation.

An ordering requiring defendant(s) to: Produce Computer Files of Chestnut Opportunities, med plus, and

A declaration that: V. Powers obtaining and use in misdiagnosis whereas by electronically and or paper stored - protected health information of Gilbert B. Crooms deficiency in Vitamin-C causing the disease SCURVY and Complaintants - protected health information - of anxiety anxiety/Depression.

Other: PHD psychiatrist, psychologist Bernice L. Collins, Dr. Sumer Dr. Dennis, and (police) Corless Childress family and friends of Complaintants family and friends, whereas by has knowledge of Complaintants family parenting parenthood, and creating the obtaining of electionically and or paper stored protected health info.

VI. **JURY DEMAND** (*check one box below*)

Plaintiff ○ does or ● does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 5/5/16
(date)

104 High St Apt #205
Street Address

Belleville Illinois 62220
City, State, Zip

Signature of Plaintiff: Charles M. Everett

Printed Name: Charles M. Everett

(10/2010)