# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

CHARLES M. EVERETT,

    Plaintiff,

v.

VO POWERS et al,

    Defendant.                    No. 16-cv-506-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 17, 2016(Doc. 11) this case is **DISMISSED** with prejudice.

                                     JUSTINE FLANAGAN,
                                     ACTING CLERK OF COURT

                                     BY:      /s/C. Fischer
                                                  **Deputy Clerk**

Dated:    March 18, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.05.18 04:46:41 -05'00'

APPROVED:

         U. S. DISTRICT JUDGE