UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

CHARLES M. EVERETT,

    Plaintiff,

v.

VO POWERS et al,

    Defendant.                             No. 16-cv-506-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 17, 2016(Doc. 11) this case is **DISMISSED** with prejudice.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT


                                      BY:      */s/C. Fischer*
                                                 **Deputy Clerk**

Dated:   May 18, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.05.18 13:08:28 -05'00'

APPROVED:
        U. S. DISTRICT JUDGE